FEDERAL COURT AT THE NEW HEAVEN DISTRICT COURT
NEW HAVEN DISTRICT OF CONNECTICUT

-------------------------------------------------------------X

[NOTE TO THE COURT CLERK:  <u>18 US CODE 2071 CONCEALMENT, REMOVAL, OR MUTILATION GENERALLY</u> shall be fined under this title or imprisoned not more than three years, or both].

**Petition/Plaintiff is not Formally schooled in law and gives notice of *Hanes /vs/ Kerner*  Which establishes that if I Make any errors in my pleadings and/or, in the law, the court must advise me of what those errors are and how to correct them and any further guidance necessary for me to prevail in this case.**

**In the Matter of the Claim of**

Ms. Luisa Oyarzun, Sui Juris,
The natural living woman

        Plaintiff,           **Docket No.:** _____

                              <u>COMPLAINT</u>

    -against-

1. Judge **Walter Spader**, Waterbury Housing Court
2. President/CEO of Exchange Place Preservation Partners, LLC
3. Exchange Place Preservation Partners, LLC
4. Fred C. Mitchell, Senior Vice President
4. Exchange Place MM LLC, its managing member
6. The NHP Foundation, a member
7. Exchange Plaza Towers & Beacon Rental Community
8. Ms. Lori Caruso, Property Manager at Exchange Plaza Towers & Beacon Rental Community
9. Ms. Christine Tucci, Area Services Residence Manager

10. Mr. Willy Quiles, Residence Service Coordinator

11. Awilda Hand, Residential Construction Liaison

12. Mr. Antonio Rodriguez, Building-Maintenance Supervisor

13. The Waterbury Police Department

14. The Waterbury Police Department Chief Fernando C. Spagnolo

Defendants,

-----------------------------------------------------------x

FEDERAL COURT AT THE NEW HEAVEN DISTRICT COURT
NEW HAVEN DISTRICT OF CONNECTICUT

    The complaint of the plaintiffs, Ms. Luisa Oyarzun, respectfully shows and alleges as follows:

JUDGE WALTER SPADER, EXCHANGE PLACE PRESERVATION PARTNERS, LLC; ITS SENIOR VICE PRESIDENT FRED C. MITCHELL; ITS PRESIDENT/CEO, ITS MANAGING MEMBER EXCHANGE PLACE MM LLC; THE NHP FOUNDATION – A MEMBER; EXCHANGE PLAZA TOWERS & BEACON RENTAL COMMUNITY; PROPERTY-MANAGER AT EXCHANGE PLAZA TOWERS & BEACON RENTAL COMMUNITY LORI CARUSO; AREA SERVICES RESIDENCE MANAGER CHRISTINE TUCCI; RESIDENCE SERVICE COORDINATOR WILLY QUILES; RESIDENTIAL CONSTRUCTION LIAISON AWILDA HAND, ET Al.

PLEASE, TAKE NOTICE that the claimant herein makes claim and demands against

Judge Walter Spader, Exchange Place Preservation Partners, LLC; its Senior Vice President Fred C. Mitchell; its president/CEO, its managing member Exchange Place MM LLC; The NHP Foundation -- a member; Exchange Plaza Towers & Beacon Rental Community; Property- Manager at Exchange Plaza

2

Towers & Beacon Rental Community Ms. Lori Caruso; Area Services Residence Manager Ms. Christine Tucci; Residence Service Coordinator Willy Quiles, Residential Construction Liaison Awilda Hand, et al.,

1. The name and post office address of claimant are:

Ms. Luisa Oyarzun
44 Center Street, Apt. 2P
Waterbury, CT 06702

2. The nature of the claim:

Seek immediate and permanent relief from Judge Walter Spader Harassment, persecution, malfeasance, nonfeasance, and misfeasance, his and his landlords-friends illegal eviction-attempts; constant harassing claimant out of her government-subsidized, Section-8 apartment, constant refusal to do long overdue repairs, stalling not to do the repairs, constantly breaking an entry into claimant's apartment, burglarizing the claimant's apartment, refusal to do restitution to claimant and her ocular witness against the defendants, threats by defendants, their friends and acquaintances, intentional destruction of claimant's property, turning off claimant's heat when it is freezing cold (4 degrees), assaulting and battering claimant and her ocular witness, kidnapping claimant and/or her ocular witness, stalking claimant and her ocular witness, having friends, acquaintances, workers, and associates stalk the claimant and her ocular witness, constant illegal eviction-attempts to give her apartment to one of the staff members' friend from a different national origin, religion, association, and disability than the claimant;  breaking an entry into claimant's apartment when she is not there; putting infectious disease- water down the claimant's pipes as a method of forcing her out; holding up the elevator, so claimant has to have someone take her electric chair/scooter apart and walk down the stairs (causing her extreme and permanent spine and legs' damages and pain); having their associates interrogate claimant's guests, illegally intercepting claimant's intercom to fiscalize who claimant and her caretaker talk to and for what, to find out who helps claimant and who does not; refusing to accommodate elderly, disable claimant and change her toilet, which causes claimant tremendous back pain since it is a miniature-toilet for the claimant, as opposed to other tenants from different national origin, religion, and association which the said management accommodates; elderly abuse, psychological and emotional abuse; ordering claimant to take her religion-signs from her door while other religions' tenants have their religions'

signs on their doors with no problem whatsoever; influence-peddling; conspiracy to cause claimant harm; contacting claimant's doctors, and claimant's ocular witness', to tell them not to give them sound medical treatment or any treatment at all, refusal to give claimant's and her ocular witness their files upon their request, keep violating the epidemiological safety measures, President Biden's national masking law, the HIPAA Confidentiality Laws, and the Americans With Disabilities Act of 1990 law, enrolling claimant and her ocular witness in government programs for which they do not qualify, kidnapping claimant or her ocular witness to create fictitious criminal files on them to, then, be able to enroll them in government-programs for which they don't qualify and, then, sell the benefits of these programs to people – along with the claimant's and he ocular witness' identities, attempted murder to give her apartment to a staff-member's friend from the same national origin of the staff member and different from claimant's nationality; having staff members tell claimant that, once a year goes by, claimant's lease becomes a month to month-certification-voiding-lease; threatening claimant with influence-peddling and using it to force her out of her section-8-assistance-apartment; terminating claimant's lease illegally to force her out and give her apartment to a staff-member's friend, claiming that claimant does not want to sign the Low Income Housing Tax Credit (LIHTC) When it is a violation of federal law to evict tenants or not renewing their lease, or not recertifying them for not signing this; tell claimant to sign documents that are not the LIHTC that the said defendants claim they are; threats of coming into her apartment with the local police (the management-friends) and taking claimant's stuff out without going through legal means or taking claimant to court to evict her legally; violation of the fifth and fourteenth amendments [ratified in 1868] due process clause and other federal due process laws, such as U.S.C title 42 (1877 Granger Cases **42**) by wanting to evict claimant through influence peddling and not through legal channels, because defendants know that they cannot do it legally; not lowering elderly claimant's rent, as federal law stipulates as per claimant's medical expenses and gas-expenses to travel to and from doctors' offices to get medical treatment; causing the local housing court not take elderly, disable claimant's case to fight the said illegal eviction-scheme through influence-peddling; causing claimant to have several mini-strokes for weeks, due to defendants' intense harassing, conspiracy to cause her harm, and forcing her-out attempts; failure to show cause for a legitimate-eviction through influence-peddling; having the local housing court violate claimant's first amendment-constitutional rights to file lawsuits against defendants and practice her religion or freedom of speech rights through influence-peddling; breach of contract; conspiracy to cause claimant harm; tampering with claimant's pipes to cause her bathroom pipes and water-pressure to make a horrible noises throughout the day and throughout the night, to trigger 70-years-old-claimant's severe- migraine headaches to provoke a brain hemorrhage and/or

claimant's hospitalization, or death, and force her out of her apartment this way; giving strangers access to 70 years old-claimant's apartment while claimant is not home and having the hang-out-people-give claimant infectious, sexually transmitted diseases that almost killed her, are in her body permanently, and keep coming back after being treated with antibiotics -- causing claimant tremendous pain, obligatory-ingestion of antibiotics despite claimant's three stomach-ulcers, and problems going out; removal or evacuation of elderly, disable claimant's apartment, discrimination, and/or retaliation for asking for simple and reasonable repairs as well as injunctive relief from

1.  Malfeasance, misfeasance, nonfeasance on the part of Judge Spader, the mediator (without jurisdiction), and the Sham-filing lawyers, Judge's Spader's violation of almost **all** the Judicial Conduct Cannons (and almost all of their rules), Violation of the Americans With Disabilities Act of 1990, the defendants' violations of first, fifth and fourteenth amendments [ratified in 1868] - due process clause and other federal laws, such as U.S.C title 42 – due-process clause (1877 Granger Cases **42**) to remove elderly, disable claimant from her recently leased (in 2019) and recertified apartment until July of 2021, as per the used federal contract used to sign claimant's lease; which defendants are in violation of.

2.  Violation of the First Amendment Rights and Racketeer Influenced and Corrupt Organizations (RICO) Act of 1970 to constantly harass 70 years old, disable, claimant everywhere she goes by sending her people to harass her and tell her, and her caretaker, that people from the said staff member's country can do whatever they want to her, or her caretaker, because they are from the country where this staff member is from.

3. Violation of the President's Executive Order The New Eviction Moratorium: BILLING CODE: 4163-18-P, Section 361 of the Public Health Service Act, effective through December 31, 2020;  violation of the Connecticut's Governor's executive orders 7X, Section 1; violation of the hate crime acts of 1968: 18 U.S. Code § 249.Hate crime acts; and CONN. GEN. STAT. 46A-64.

4.  Injuries; punitive damages; emotional distress; intentional damages of property; burglary; assault and battery (Section 42 USC 1983); abuse of authority and Police Brutality (Fourth Amendment right against an unlawful search and seizure); and Civil Rights Claim based on race (VI of the Civil Rights Act); illegal discrimination based on the claimant's ancestry, physical disability, and association (Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e ).

5. Retaliation (18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant ); tampering with the witness, and the plaintiff, of a federal lawsuit ( 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant); and violation of the Americans With Disabilities Act of 1990, among other damages.

6. kidnapping and depravation of the claimant's liberty, and her ocular witness', against the defendants, by the defendants, while acting under the color of law and depriving both, the claimant and her witness, of their liberty, a right protected under our constitution and laws of the United States (18 U.S.C. §§ 241, 242),

7. Violation of a patient's right to refuse treatment. *See* Cruzan v. Director, DMH 497 U.S. 261 (1990) No. 1503. Violation of Section 242 of Title 18, by a Waterbury Police Officer, while acting under the color of law. The Withholding of exculpatory evidence pertaining to the claimant's retaliated against-witness, by the defendants, by the defendants-court accomplices while acting under the color of law and railroading the claimant's ocular witness (Christian, College Professor Solange Martinez). *See* Brady v. Maryland Law 373 U.S. 83 (1963).

8. Deny Plaintiff's ocular witness her legal and constitutional right to face her accusers (false witnesses in court and or provide the due affidavits and be allowed to be cross examined by the defense), by the malicious-prosecution-criminal court-team put together to railroad the said ocular witness (Christian, College Professor Solange Martinez) for being an ocular witness for claimant Oyarzun. Claimant ocular-witness has the right to exercise her **Sixth Amendment Right,** which provides that a person accused of a crime has the right to confront a witness against him or her in a criminal action. This includes the right to be present at the trial (which is guaranteed by the Federal Rules of **Criminal Procedure Rule 43**).  In the malicious-prosecution, bogus case against the claimant, by the defendants, the aforementioned constitutional rights have all been violated (by the defendants).

9. The right of the claimant, the supposed kidnapped victim, by her own witness (Christian College Professor Solange Martinez) in the fabricated case against the claimant's ocular witness, by the defendants, to participate in the legal process of the railroading of the person falsely accused of kidnapping her (in retaliation for not dropping the case against the Waterbury City Police Dept and its landlords and DSS-friends). This is a violation of federal law requiring that the said malicious-prosecutors make the supposed victim part of their malicious-prosecution-court-proceedings and they have NOT done so; and do not intent to do so (because it would throw their case, against claimant's ocular-witness, Prof Martinez, out the window.

6

10.  This is a violation of the **Victims' Rights in U.S. law**.  The victims' rights, according to federal laws, "must be implemented in federal, state, and local court-proceedings" and this has not been the case in the defendants' malicious-prosecution case, against Prof. Martinez.  Some of the victims' rights, according to federal laws, that "must be implemented in federal, state, and local court-proceedings" are the following:

- The right to be treated with fairness, dignity, sensitivity, and respect;
- The right to attend and be present at criminal justice proceedings;
- The right to be heard in the criminal justice process, including the right to confer with the prosecutor and submit a victim impact

11.  Violation of the 5th and 14th Amendments, undeniable plausible claims against the defendants for contempt of Court.  The said violation of **the 5th and 14th Amendments prohibits arbitrary deprivation of "life, liberty, or property" by the government except as authorized by law**. And, undeniable plausible claims against the DSS-defendants for contempt of Court, regarding a Connecticut-State Court-Order in favor of the claimant, the already proven prejudice of the judge Frank Iannotti in the railroading case against claimant's ocular witness, Prof. Martinez, by the said judge and the rest of the defendants, their friends, and acquaintances, in the Waterbury City Criminal Court.

12. Violation of The Sixth Amendment of the claimant's retaliated against ocular witness, against the said federal defendants, to exercise her right to confront the false witnesses against her in the fabricated-criminal action, by the defendants' Waterbury City-Dept. of justice-friends and acquaintances.  This includes the right to be present at the trial (which is guaranteed by the Federal Rules of **Criminal Procedure Rule 43**).  If the malicious-prosecutors want to use their false witness, they must provide affidavits for each of the said false witness and Prof Martinez must have the right to cross-examine this witness, under penalty of perjury (since some of them already have a history of perjury, fraud, and court-fraud).

13. . Violation of The Sixth Amendment regarding the right of the claimant's retaliated against, ocular witness to confront her accusers.  *See* **Coy v. Iowa (1988).**  The said railroading team have already committed a violation of the testimonial evidence Confrontation Clause.  The aforementioned violation is in addition, to the violation of the Sixth Amendment rights regarding the right of a criminal defendant to a speedy, public trial, without unnecessary delays, in the other 8 times that the claimant's ocular witness, and daughter, was kidnapped, charged with bogus-charges, assaulted and battered.  The Judicial System staff committing the abuse of power have never been able to prove that the said

13

Christian, College Professor, since the age of 25, has done anything wrong; let alone anything illegal.

3. The time when, the place where and the manner in which the claim arose:

Between August of 2020, and the present, claimant has been blocked from filing petitions against the landlords, by their judge-friends (judge Spader), asked to vacate her apartment (for no good cause, in radiation for her filing lawsuits against the said landlords, and to allow the judges' friends to file shams against the Section tenant and Sham Victim – Luisa Oyarzun), been given disparate treatment by the defendants, and been subjected to elderly and disable-citizens-endangerment as well as homelessness through illegal, forced removal.  The current landlords have tried to illegally evict her, many times, under the excuse of doing simple repairs in her apartment, These can be done without claimant's removal from her apartment.  In reality, the defendants want claimant's apartment for her friend; which is from a different national origin, disability-status, and association than claimant Oyarzun.

Additionally, claimant is being subjected to hate crimes, conspiracy to cause her harm, conspiracy to assassinate her, disparate terms and conditions as well as illegal discrimination, in housing and conditions of living.  Claimant and her ocular witness have been subjected to violations of **the 5th and 14th Amendments,** which **prohibits arbitrary deprivation of "life, liberty, or property" by the government except as authorized by law**, many times. During the last 21 years, under the color of law, the defendants, their friends, staff, and acquaintances (including the ones from New York and New Jersey) have kidnapped, assaulted, battered, intentionally destroyed her personal property, and severely injured her and her ocular witness, and daughter. They both have been subjected to fraud, retaliation, conspiracy to assassinate them, steal from them, and continue to defraud the USA-government with their names and personal identifiable information.

The federal confidentiality laws, the HIPAA laws, have also been violated in regard to their medical, confidential information, in order to continue to commit fraud. This have been constantly done by the defendants, their friends, staff, and acquaintances. Also, the following federal laws have been violated by the said defendants, associates, friends, staff, and acquaintances:  **18 U.S.C. §§ 241, 242** and **34 U.S.C. § 12601**; **Cruzan v. Director, DMH 497 U.S 261 (1990) No. 1503**; **First Amendment Rights** and **Racketeer Influenced and Corrupt Organizations (RICO) Act of 1970; the** assault and battery law

8

(Section 42 USC 1983); the abuse of authority and Police Brutality laws (Fourth Amendment right against an unlawful search and seizure); the Civil Rights Claim laws based on race (VI of the Civil Rights Act); the illegal discrimination laws, based on the claimant's ancestry, and association to her physical disability (**Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e** ); the Retaliation law (**18 U.S. Code § 1513** - Retaliating against a witness, victim, or an informant ); the tampering with the witness, and the plaintiff, of a federal lawsuit law ( **18 U.S. Code § 1512** - Tampering with a witness, victim, or an informant); and the Americans With Disabilities Act of 1990; **Section 242 of Title 18; Brady v. Maryland Law 373 U.S. 83 (1963).** The violations of the said, and many other federal laws, have caused tremendous damages to claimant Oyarzun and her daughter.

4. The items of damages or injuries are:

An invalid Eviction Notice, Extreme stress, emotional, physical, financial and unavoidable psychological damages, unavoidable, extreme pain and personal injuries (on top of injuries) to elderly-claimant's bones, scalp, fingernails and immune system. Also, pain and suffering, anguish, mental and emotional distress.  Additionally, violation of the Americans With Disabilities Act of 1990, the Fourteen amendment rights under the U.S. Constitution as specified in Brown v. Board of Education, Cumming v. County Board of Education, 175 U.S. 528, and Gong Lum v. Rice, 275 U.S. 78; and violation of the Racketeer Influenced and Corrupt Organizations (RICO) Act of 1970 resulting in 70 years old, disable, claimant and her caretaker being constantly harassed everywhere they go and having people from the same national origin as the said staff member's, and his friend's,  tell them that they are people from the said staff member's country and, therefore, can do whatever they want to her, or her caretaker, because they are from their country. Violation of the President's Executive Order The New Eviction Moratorium: BILLING CODE: 4163-18-P, Section 361 of the Public Health Service Act, effective through December 31, 2020;  violation of the Connecticut's Governor's executive orders 7X, Section 1; violation of the hate crime acts of 1968: 18 U.S. Code § 249.Hate crime acts; and CONN. GEN. STAT. 46A-64; injuries; punitive damages; emotional distress; intentional damages of property; burglary; assault and battery (Section 42 USC 1983); abuse of authority and Police Brutality (Fourth Amendment right against an unlawful search and seizure); and Civil Rights Claim based on race (VI of the Civil Rights Act); illegal discrimination based on the claimant's ancestry, physical disability, and association (Title VII of the

9

Civil Rights Act of 1964, 42 U.S.C. § 2000e ); retaliation (18 U.S. Code § 1513 - Retaliating against a witness, victim, or an informant ); tampering with the witness, and the plaintiff, of a federal lawsuit ( 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant); and violation of the Americans With Disabilities Act of 1990, among other damages.

Said claim is hereby presented for adjustment and immediate relief.

**PLEASE TAKE FURTHER NOTICE** that by reason of the premises, if default of Exchange Place Preservation Partners, LLC; its Senior Vice President Fred C. Mitchell; its managing member Exchange Place MM LLC; The NHP Foundation -- a member; Exchange Plaza Towers & Beacon Rental Community; Property-Manager at Exchange Plaza Towers & Beacon Rental Community Ms. Lori Caruso; Area Services Residence Manager Ms. Christine Tucci; Residence Service Coordinator Willy Quiles, Residential Construction Liaison Awilda, et al., Hand, unseal any documents or file related to claimants' case, an injunction to prevent claimant's removal from her apartment, any further harassment to the plaintiff and her federal witness (Christian, College Professor Solange Martinez), and for the defendants and their associates to cease and desist the aforementioned federal laws' violations and trying to remove claimant for the next 100 years, $1,000,000, 000, 000.00 for assault and battery, sustained injuries; intentional destruction of property, emotional distress, burglary, domestic-terrorism, abuse of authority and Police Brutality, kidnapping and depravation of the claimant's liberty, and her ocular witness', against the defendants, by the defendants, while acting under the color of law and depriving both, the claimant and her witness, of their liberty, a right protected under our constitution and laws of the United States (18 U.S.C. §§ 241, 242), violation of Civil Rights Claim based on race (VI of the Civil Rights Act); illegal discrimination based on the claimant's ancestry, physical disability, and association (Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e ); retaliation (18 U.S. Code § 1513 - Retaliating against a witness, or victim); tampering with the witness, and the plaintiff, of a federal lawsuit ( 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant); and violation of the Americans With Disabilities Act of 1990, punitive damages, among other damages, and the said defendants' refusal to do apartment- repairs (that need to be done and have been overdue for months and years).

Dated:  New Haven, CT

February 24th, 2024


Very truly yours,

*Luisa Oyarzun*

**Ms. Luisa Oyarzun**
44 Center Street, Apt. 2P
Waterbury, CT 06702
(914) 619-8362 & (347) 721-9255


State of Connecticut

County of New Haven: ss:


**Ms. Luisa Oyarzun**, being duly sworn, say:

The claimant herein. She have read the foregoing notice of claim against Exchange Place Preservation Partners, LLC; its Senior Vice President Fred C. Mitchell; President/CEO, its managing member Exchange Place MM LLC; The NHP Foundation -- a member; Exchange Plaza Towers & Beacon Rental Community; Property- Manager at Exchange Plaza Towers & Beacon Rental Community Ms. Lori Caruso; Area Services Residence Manager Ms. Christine Tucci; Residence Service Coordinator Willy Quiles, Residential Construction Liaison Awilda Hand; et al., the said is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters she believes to be true.

**Return to the way of God**



11

**Shroud of Turin**

*[Signature: Luisa Oyarzun — 2/26/24]*

**Ms. Luisa Oyarzun**

Sworn to February __26__, 2024

*[Signature]*

**Notary Public**

**LINKS OF CRIME-CAUGHT-ON-TAPE OF THE SHAM** [fraudulent court case]- **FILING LAWYERS** (Reported to the **STATEWIDE GRIEVEANCE COMMITTEE**) and Judge Walter Spader, their Accomplice (Reported to the **STATE OF CONNECTICUT JUDICIAL REVIEW COUNCIL**):

1. **Sham's Filers Lawyers: Three**

https://www.facebook.com/solange.martinez.5817/posts/pfbid0f2UuuK1qFe7FAtfzuYqAbMMBwcJdrDxmEugrhPdSsDLZzTcQ6FxYSFY6DdHXYZzDl

(Exhibit 4)

2. Elderly, Disable, Chronically ill, Cancer Patient and **Sham-Victim** was **given 48 hours** to write her 30 pages reply to the Sham-Filing Lawyers' reply (for their crimes):

https://www.facebook.com/solange.martinez.5817/posts/pfbid0384r6tbs694Kx4e6ZuzHJwDuVnGtBAiM4cNyShSHwRiPaJABh1i1uZXneMYHkPwznl

3. Waterbury Housing Court Clerk Assigned to the Sham [fraudulent court case] to ILLEGALLY evict Elderly, Disable, Christian, Section 8 Victim.  She says **she will call to get the Remote Case Information, to give it to the Victim, two days before the Remote Hearing**:

1

https://www.facebook.com/solange.martinez.5817/posts/pfbid05n3rLbuU71j5wNjqfCfUtVV2jvuM1Xp9rLcibNrDYNZEdvYL1sfnHd8ovedX2F28l

4. Court Clerk Shanna O'Donnell Says that the Court **Won't take Luisa's Appearance** (answer to the landlords' sham):

https://www.facebook.com/share/TzAyws9Ly3GkuVxs/?mibextid=WC7FNe

5. Shanna O'Donnell Continues her Malfeasance against elderly, disable, Sham Victim Oyarzun:

https://www.facebook.com/share/p/v3F9dB4bXKZb1AUu/?mibextid=WC7FNe

6. **Judge Spader Continues** After His Sham Victim:

https://www.facebook.com/share/p/kidgkixXigFqZjXY/?mibextid=WC7FNe

7. Sham-Victim and Section 8 Tenant-Building Manager, **Lori Caruso's**, and Landlords', **Extortion**:

https://www.facebook.com/share/qVEz2wbQT7NdHBhS/?mibextid=WC7FNe

**Chief Court Clerk Richard** Violating the **1st Amendment Right** (to file petitions in court):

https://www.facebook.com/share/SeLdRsa2Q6dkmARK/?mibextid=WC7FNe

8. Sham's Case Illegal Eviction Executer, and Christian Hater (Fernando Spagnolo) Waits for the invalid Eviction Notice Against his Christian Hit Victim:

https://www.facebook.com/share/p/rSuGBGGigDt6U17V/?mibextid=WC7FNe

9. Sham Filing Lawyers' Elderly, Disable Victim was Given 48 hrs to Answer the Lawyers' Excuses for their Crimes Against Her:

https://www.facebook.com/share/p/s7vRMr3gHBjeTrBp/?mibextid=WC7FNe

10. This is the Christian Hater that will execute the INVALID, ILLEGAL eviction, on the Sham Victim (Luisa Oyarzun):

https://www.facebook.com/solange.martinez.5817/posts/pfbid0SzjmjENe4WcJKWbMEZbtX7Ut5wXc57hNrRYZNYMn2at6mMevWf4VxioAbniNNTKNl

11. Deep State Mafia Continues Having Social Media Silence the Victims:

https://www.facebook.com/share/p/MbWJmkzHQEToPy7m/?mibextid=WC7FNe

12. The Police Arbitrarily Arrests Elderly, Disable, Pacific, Unarmed Civilians, who are Christians (AFTER WINNING A COURT CASE against the Dept of Social Services Commissioner in New Heaven County, Connecticut). But they don't arrest social menace:

https://www.facebook.com/solange.martinez.5817/posts/pfbid02Azzpmae7yC9x7Svgjb5PBivvRdWogafucwEbwcmzTCu5x4mneHrLJbTAhhdErVkXl

13. This is the Deep State Mafia Hitman, Fernando Spagnolo (the local Police Chief) who is a Christian Hater, Arbitrarily Arrested and Tried to Extra Judicially Execute the tenant victim. After Home invading her apartment, he Assaulted and Battled the Elderly, Disable, Sham-Victim. He will be the one executing the planned ILLEGAL eviction on the Sham-Victim:

https://www.facebook.com/solange.martinez.5817/posts/pfbid02wH5DRKEUaea7HvTTGvo9xHw4amDfNjqsGofKNoRdkzS8CmmjQuYBqcubFGQmbFXWl

14. Summary of the Christian Persecution Acts Within the last year:

4

https://www.facebook.com/solange.martinez.5817/posts/pfbid0Mvdqq GgWfoXkmzKqLmQz4KyW85fNQDcDCxZg1VSVRfqhbFeaLsywa7BUg8S186Peal

*[Handwritten top-left:] received the date of the illegal "sham" illegal hearing & Mediation 02/23/24*

**A BEACON**
rental community

44 Center Street
Waterbury, CT 06702
P: 203.755.1000
F: 203.755.6438
TTY: 711
ExchangePlaceBC.com

*[Handwritten, with arrow pointing to date:] Post dated "coincidentally"*

Date of noitce: February 26th, 2024

Property: Exchange Place Apartments

Building: 44 Center Street Waterbury CT 06702

Dear Resident(s):

Managment has been made aware that many units at Exchange Place have people staying with them without Managemnet approval. Per your lease, you are only allowed to have guests stay with you for 14 calnder days per year. Should you keep breaking the rules, this will lead to LEASE VIOLATIONS and can ultimately lead to an EVICTION.

*[Handwritten right margin:] Building Manager Lori Caruso falsely documenting that the tenant "Sham victim" has illegal people in her apartment (which she tried before & the lawyer recommend for disbarment for perjury. And she was reported as well.*

Estimados residentes:

Se ha informado a la administración que muchas unidades en Exchange Place tienen personas que se quedan con ellas sin la aprobación de Managemnet. Según su contrato de arrendamiento, solo se le permite que los huéspedes se queden con usted durante 14 días calendario al año. Si continúa infringiendo las reglas, esto dará lugar a VIOLACIONES DEL CONTRATO DE ARRENDAMIENTO y, en última instancia, puede conducir a un DESALOJO.

Please reach out if you have any questions at 203-755-1000.

Management

*[Handwritten left margin:] (Exhibit 8)*

*[Handwritten below Management:] Illegal Notice, without a Signature. Lori Caruso should have signed. (the building manager & mafia member)*

*[Handwritten bottom:] (The girl who brought it told the neighbor witness Luisa's apt's hallway, so.)*

*(this corrupted judge didn't seal the Sham-Victim records for privacy reasons (without the permission of this victim). He sealed it to protect himself & his fraud.)*

SUPERIOR COURT                              LUISA OYARZUN
WATERBURY HOUSING SESSION                   44 CENTER ST APT 2P
300 GRAND ST                                WATERBURY, CT 06702
WATERBURY, CT 06702

*This was also reported to the State of Connecticut Judicial Review Council (which disciplines the Judges who violate the constitution and the Judicial Conduct Codes).*

Docket Number: WTH-CV-24-6013094-S    Notice Issued: 01/31/2024

Case Caption: **NEW EXCHANGE PLACE, LLC  v.  OYARZUN, LUISA**

*→ Sham Case to Retaliate and Block the Sham-tenant-Section 8-victim (who sued the landlords SIX months prior to this Sham, against her).*

                        JDNO NOTICE                      Sequence #: 1

ORDER REGARDING:
01/30/2024 103.00 EXHIBITS
The foregoing, having been considered by the court, is hereby:
ORDER:
Pursuant to Section 11-20A of the Connecticut Practice Book, the court finds that:
(1) The document contains unnecessary, sensitive medical or financial information or other unnecessary
sensitive material; and
(2) The individual's privacy interest in the information in the document overrides the public's interest in
viewing the material.
The original document containing the personal identifying information will be retained as a (sealed) document in the court file, unless the court orders otherwise.
Judicial Notice (JDNO) was sent regarding this order.
438579
Judge: WALTER MICHAEL SPADER JR
Processed by: Theresa Bainer

*→ Mafia Judges always do this. It is not a surprise.*

*(All the news reporters of Social Media. I gave it to them, though.)*

*Judge Spader illegally (sealed) the Appearance [answer], that the Sham [Fraudulent Court Case]-victim filed in Court; with the evidence that the lawyers and the judge filed this fraudulent Court Case with "false and misleading" statements." This is a violation of the Attorneys' Code of Ethics (reported to the Statewide Grievance Committee when the lawyers were reported, and the Ansonia-Milford Grievance Committee, which also refused to admit this evidence [the Appearance] against the lawyers.*

*(Exhibit 3)*

```
SUPERIOR COURT
WATERBURY HOUSING SESSION
300 GRAND ST
WATERBURY, CT 06702




LUISA OYARZUN
44 CENTER ST APT 2P
WATERBURY, CT 06702
```

```
01/31/2024
EFJDNO
EN8906185
PS85997
003996
```